# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA OF
# NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 2:11-cr-179-MEF |
| | ) | |
| EDDIE SMITH | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The defendant's Objections (Doc. #181) filed on April 16, 2012 to the Recommendation of the Magistrate Judge are overruled;

(2) The Recommendation of the Magistrate Judge (Doc. #173) entered on April 2, 2012 is adopted;

(3) The defendant's Motion to Suppress (Doc. #76) is DENIED.

DONE this the 19th day of April, 2012.

                                                   /s/ Mark E. Fuller
                                         UNITED STATES DISTRICT JUDGE