# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (WO) |
| EDDIE SMITH | |

Case Number: 2:11cr179-MEF-02

USM Number: 12626-058

Susan James

Defendant's Attorney

**Date of Original Judgment:** 12/21/2013

**(Or Date of Last Amended Judgment)**

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant   ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

☑ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   29 of the Indictment on 5/23/12

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 42§408(a)(7)(B) | Misuse of a Social Security Number | 8/22/2008 | 29 |

☐ See additional count(s) on page 2

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s) 1-28 & 30-33 of the Indictment   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/19/12

Date of Imposition of Judgment

Signature of Judge

Mark E. Fuller, United States District Judge

Name of Judge     Title of Judge

19 FEB 2013

Date

DEFENDANT: EDDIE SMITH
CASE NUMBER: 2:11cr179-MEF-02

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Thirty Three (33) Months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be designated to a facility where intensive residential substance abuse treatment is available.
Defendant be designated to a facility as near to Montgomery, AL as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☑ before 2:00 pm on _____3/5/2013_____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: EDDIE SMITH
CASE NUMBER: 2:11cr179-MEF-02

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
3 Years.

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

      The defendant shall not commit another federal, state or local crime.

      The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcemnt agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: EDDIE SMITH                     
CASE NUMBER: 2:11cr179-MEF-02

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of illegal drugs. The defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

2) The defendant shall provide the probation officer any requested financial information.

3) The defendant shall not incur new credit charges or open additional lines of credit without approval of the Court unless in compliance with the payment schedule.

4) The defendant shall submit to a search of his person, residence, office and vehicle pursuant to the search policy of this court.

DEFENDANT: EDDIE SMITH
CASE NUMBER: 2:11cr179-MEF-02

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ $36,630.00 |

☐   The determination of restitution is deferred until _____ .   An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| *Check Holders of Montgomery | | | |
| Attn:  John Braden | | $500.00 | |
| 17 Commerce Street | | | |
| Montgomery,  AL   36104 | | | |
| | | | |
| *Ebro International | | | |
| d/b/a Color Tyme | | | |
| Attn:  Ronald Pannell | | $500.00 | |
| P.O. Box 1226 | | | |
| Defuniak Springs, FL  32435 | | | |
| *SEE JOINT AND SEVERAL ATTACHMENT | | $35,630.00 | |
| **TOTALS** | $0.00 | $36,630.00 | |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☑   the interest requirement is waived for the    ☐ fine  ☑ restitution.

   ☐   the interest requirement for the    ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: EDDIE SMITH
CASE NUMBER: 2:11cr179-MEF-02

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __36,730.00__   due immediately, balance due

  ☐ not later than _____ , or
  ☑ in accordance   ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
  _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
  _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
  term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
  imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

  All criminal monetary payments are to be made to the Clerk, United States District Court, Middle District of Alabama, Post
  Office Box 711, Montgomery, Alabama 36101. Any balance of restitution remaining at the start of supervision shall be paid at
  the rate of not less than $100 per month.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

* ☑  Joint and Several

  Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
  and corresponding payee, if appropriate.

  *SEE ATTACHMENT

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

**EDDIE SMITH**           **2:11cr179-MEF-02**           **TOTAL AMOUNT $36,630.00**

$500.00
> Check Holders of Montgomery
> Attn: John Braden
> 17 Commerce Street
> Montgomery, AL 36104

$500.00
> Ebro International
> d/b/a Color Tyme
> Attn: Ronald Pannell
> P.O. Box 1226
> Defuniak Springs, FL 32435

**JOINT and SEVERAL AMOUNT $35,630.00 (payees are as listed below)**

as to:

**Cynthia Moore Sullen           2:11 CR 179-MEF-01           $8,340.00**

$300
> Great American Cash Advance
> Attn: Bruce Cogle
> 3672 Airport Boulevard
> Mobile, AL 36608

$400
> Money Now
> Attn: Dennis Goldman
> P.O. Box 2928
> Meridian, MS 39302

$750
> Approved Cash Advance
> Attn: Daniel Milsaps
> 1855 Executive Park Drive
> Cleveland, TN 37320

$800
> Express Check Advance (Express Financial Services)
> Attn: Traci Fant
> 2034 Hamilton Place, Blvd., Suite 100
> Chattanooga, TN 37421

$500
> Check into Cash
> Attn: Leigh Anna Hollis
> 201 Keith Street SW, Suite 80
> Cleveland, TN 37311

| | |
|---|---|
| $200 | Title Loan Express<br>Attn: Brandon Wood<br>3391 Pelham Parkway, Ste A<br>Pelham, AL 35215 |
| $1,000 | Advance America Cash/Advance America/Advance Cash America<br>Attn: Jeff Newman<br>PO Box 3058<br>Spartanburg, SC 29304 |
| $400 | Emergi Cash<br>Attn: David Jones<br>4240 Carmichael Road<br>Montgomery, AL 36106 |
| $500 | Advance Check Express<br>Attn: Jeb Smith<br>5300 Oakbrook Parkway, Suite 200<br>Norcross, GA 30093 |
| $500 | QC Financial Services<br>Attn: Matt Wiltinger<br>9401 Indian Creek Pkwy #1500<br>Overland Park, Kansas 66210 |
| $300 | EZ Cash<br>(address to be provided)<br>Huntsville, AL |
| $640 | Cash Express<br>Attn: Dianne Britt<br>810 A Boll Weevil Circle<br>Enterprise, AL 36330 |
| $150 | Cash Mart<br>Attn: Buck Wilson<br>115 S. Marion Street<br>Athens, AL 35611 |
| $500 | Speedy Cash<br>(address to be provided)<br>Enterprise, AL |
| $400 | Quick Cash, Inc<br>(address to be provided)<br>Birmingham, AL |

| | |
|---|---|
| $500 | Car Title Loans<br>Attn: Kevin Britton<br>715 Skyland Blvd., Suite 1<br>Tuscaloosa, AL 35405 |
| $500 | Chip's Title<br>Attn: Pat Williams<br>2235 E. South Blvd.<br>Montgomery, AL 36116 |

as to:

**Charles Sean Wimbush      2:11 CR 179-MEF-03      $10,640.00**

| | |
|---|---|
| $1,900 | Approved Cash Advance<br>Attn: Daniel Milsaps<br>1855 Executive Park Drive<br>Cleveland, TN 37320 |
| $200 | Money Now<br>Attn: Dennis Goldman<br>Post Office Box 2928<br>Meridian, MS 39302 |
| $500 | Express Check Advance (Express Financial Services)<br>Attn: Traci Fant<br>2034 Hamilton Place Boulevard, Suite 100<br>Chattanooga, TN 37421 |
| $950 | Cash Mart, Incorporated<br>Attn: Janet Phillips<br>613 Highway 78 West<br>Jasper, AL 35501 |
| $200 | Cash Max<br>1914 Dauphin Island Parkway<br>Mobile, AL 36605-3004 |
| $200 | Emergi Cash<br>Attn: David Jones<br>4240 Carmichael Road<br>Montgomery, AL 36106 |
| $350 | Advance Check Express<br>Attn: Jeb Smith<br>5300 Oakbrook Parkway, Suite 200<br>Norcross, GA 30093 |

$840     Cash Express
Attn: Lisa Hancock
810A Boll Weevil Circle
Enterprise, AL 36330

$500     Check Into Cash
Attn: Leigh Ann Hollis
201 Keith Street SW, Suite 80
Cleveland, TN 37311

$500     Ebro International
d/b/a Color Tyme
Attn: Ronald Pannell
Post Office Box 1226
Defuniak Springs, FL 32435

$400     Payday Loan Store of Alabama
Attn: Bill Ettleson
300 North Elizabeth Street, Suite 4E
Chicago, IL 60607

$500     QC Financial Services
8401 Indian Creek Parkway, #1500
Overland Park, KS 66210

$500     A Dollar Cash Advance
Post Office Box 2038
Cleveland, TN 37320

$500     Advance Alabama
Attn: Jeff Collins
Post Office Box 416
Winchester, TN 37398

$300     Great American Cash Advance
Attn: Greg Irvin
645 Hawthorne Avenue
Athens, GA 30606

$1,000     Speedy cash
Attn: Sabrina Tingle
2207 Montgomery Highway
Dothan, AL 36303

| | |
|---|---|
| $500 | Title Loan Express<br>Attn: Brandon Wood<br>3391 Pelham Parkway, Suite A<br>Pelham, AL 35214 |
| $200 | Fast Cash<br>1706 Glenn Blvd. SW, Suite 2<br>Fort Payne, AL 35968 |
| $300 | Between Pay<br>9184 B Parkway East<br>Roebuck, AL 35206 |
| $300 | Great American Loans<br>934 US Highway 80 E<br>Demopolis, AL 36732 |

as to:

**Eugene Moore, Jr.**          **2:11 CR 179-MEF-04**    **$6,900.00**

| | |
|---|---|
| $400 | Approved Cash Advance<br>Attn: Daniel Milsaps<br>1855 Executive Park Drive<br>Cleveland, TN 37320 |
| $200 | Money Now<br>Attn: Dennis Goldman<br>PO Box 2928<br>Meridian, MS 39302 |
| $300 | Express Check Advance (Express Financial Services)<br>Attn: Traci Fant<br>2034 Hamilton Place Blvd., Suite 100<br>Chattanooga, TN 37421 |
| $400 | Car Title Loans<br>Attn: Kevin Britton<br>715 Skyland Blvd., Suite 1<br>Tuscaloosa, AL 35405 |
| $300 | Total Vision Payday Advance<br>1847 University Drive<br>Huntsville, AL 35801 |

| | |
|---|---|
| $500 | Cash Mart, Inc.<br>Attn: Janet Phillips<br>613 Highway 78 West<br>Jasper, AL 35501 |
| $100 | Cash-ville, Inc.<br>104 Woodward Avenue, Suite B<br>Muscle Shoals, AL 35661 |
| $400 | Quick Cash<br>Attn: Mary Beth Thompson<br>1102 A Highway 72 East<br>Athens, AL 35611 |
| $200 | Cash Max<br>1914 Dauphin Island Parkway<br>Mobile, AL 36605-3004 |
| $500 | The Money Store<br>Waiting on a call back |
| $500 | Check Into Cash<br>Attn: Leigh Ann Hollis<br>201 Keith Street SW, Suite 80<br>Cleveland, TN 37311 |
| $900 | Advance America<br>Attn: Jeff Newman<br>PO Box 3058<br>Spartanburg, SC 29304 |
| $1,500 | Payday Loan Store of Alabama<br>Attn: Bill Ettleson<br>300 North Elizabeth Street, Suite 4E<br>Chicago, IL 60607 |
| $200 | Cash Express<br>Attn: Lisa Hancock<br>810 A Boll Weevil Circle<br>Enterprise, AL 36330 |
| $500 | Speedy Cash<br>Attn: Sabrina Tingle<br>2207 Montgomery Highway<br>Dothan, AL 36303 |

as to:

**Bernard Gibson**          **2:11 CR 179-MEF-05**          **$5,800.00**

$1,500    Advance America Cash/Advance America/Advance Cash America
          Attn: Jeff Newman
          PO Box 3058
          Spartanburg, SC 29304

$500      Check into Cash
          Attn: Leigh Anna Hollis
          201 Keith Street SW, Suite 80
          Cleveland, TN 37311

$200      Title Loan Express
          Attn: Brandon Wood
          3391 Pelham Parkway, Ste A
          Pelham, AL 35215

$100      Netcash
          Attn: Deena Newman
          9624 Parkway East
          Birmingham, AL 35215

$200      Money Now
          Attn: Dennis Goldman
          P.O. Box 2928
          Meridian, MS 39302

$500      Approved Cash Advance
          Attn: Daniel Milsaps
          1855 Executive Park Drive
          Cleveland, TN 37320

$500      QC Financial Services
          Attn: Matt Wiltinger
          9401 Indian Creek Pkwy #1500
          Overland Park, Kansas 66210

$200      Advance Check Express
          Attn: Jeb Smith
          5300 Oakbrook Parkway, Suite 200
          Norcross, GA 30093

$200      Check Holders, LLC
          Attn: Randy Hunter
          1713 3rd Avenue North
          Birmingham, AL 35203

$500        Express Check Advance (Express Financial Services)
Attn: Traci Fant
2034 Hamilton Place, Blvd., Suite 100
Chattanooga, TN 37421

$400        Quick Cash, Inc
Attn: Mary Beth Thompson
1102 A Highway 72 East
Athens, AL 35611

$500        Chip's Title
Attn: Pat Williams
2235 E. South Blvd.
Montgomery, AL 36116

$500        Car Title Loans
Attn: Kevin Britton
715 Skyland Blvd., Suite 1
Tuscaloosa, AL 35405

as to:

**Janice Denice Brown      2:11 CR 179-MEF-06    $2,650.00**

$850        Advance America Cash/Advance America/Advance Cash America
Attn: Jeff Newman
P.O. Box 3058
Spartanburg, SC 29304

$300        QC Financial Services
Attn: Matt Wiltinger
9401 Indian Creek Parkway #1500
Overland Park, KS 66210

$300        Title Cash
Attn: Roy Hutcheson
513 Sparkman Dr. NW
Huntsville, AL 35816

$100        Cash Mart Inc.
Attn: Janet Phillips
613 Highway 78 West
Jasper, AL 35501

$100       Cash-Ville Inc.
104 Woodward Ave., Suite B
Muscle Shoals, AL 35661

$500       Chip's Title
Attn: Pat Williams
2235 E. South Blvd.
Montgomery, AL 36116

$500       Car Title Loans
Attn: Kevin Britton
715 Skyland Blvd., Suite 1
Tuscaloosa, AL 35405

as to:

**Oladele Abodunrin Balogun**     **2:11 CR 179-MEF-07**     **$1,300.00**

$600       Cash Express
Attn: Dianne Britt
810 A Boll Weevil Circle
Enterprise, AL 36330

$500       Check Holders, LLC
Attn: Randy Hunter
1713 3rd Avenue North
Birmingham, AL 35203

$200       Cash Station
Attn: Brad Freeman
209 W. MLK Highway
Tuskegee, AL 36083

**Cynthia Moore Sullen          2:11 CR 179-MEF-01          $8,340.00**

$300     Great American Cash Advance
         Attn: Bruce Cogle
         3672 Airport Boulevard
         Mobile, AL 36608

$400     Money Now
         Attn: Dennis Goldman
         P.O. Box 2928
         Meridian, MS 39302

$750     Approved Cash Advance
         Attn: Daniel Milsaps
         1855 Executive Park Drive
         Cleveland, TN 37320

$800     Express Check Advance (Express Financial Services)
         Attn: Traci Fant
         2034 Hamilton Place, Blvd., Suite 100
         Chattanooga, TN  37421

$500     Check into Cash
         Attn: Leigh Anna Hollis
         201 Keith Street SW, Suite 80
         Cleveland, TN 37311

$200     Title Loan Express
         Attn: Brandon Wood
         3391 Pelham Parkway, Ste A
         Pelham, AL 35215

$1,000   Advance America Cash/Advance America/Advance Cash America
         Attn: Jeff Newman
         PO Box 3058
         Spartanburg, SC 29304

$400     Emergi Cash
         Attn: David Jones
         4240 Carmichael Road
         Montgomery, AL 36106

$500     Advance Check Express
         Attn: Jeb Smith
         5300 Oakbrook Parkway, Suite 200
         Norcross, GA 30093

$500          QC Financial Services
Attn: Matt Wiltinger
9401 Indian Creek Pkwy #1500
Overland Park, Kansas 66210

$300          EZ Cash
(address to be provided)
Huntsville, AL

$640          Cash Express
Attn: Dianne Britt
810 A Boll Weevil Circle
Enterprise, AL 36330

$150          Cash Mart
Attn: Buck Wilson
115 S. Marion Street
Athens, AL 35611

$500          Speedy Cash
(address to be provided)
Enterprise, AL

$400          Quick Cash, Inc
(address to be provided)
Birmingham, AL

$500          Car Title Loans
Attn: Kevin Britton
715 Skyland Blvd., Suite 1
Tuscaloosa, AL 35405

$500          Chip's Title
Attn: Pat Williams
2235 E. South Blvd.
Montgomery, AL 36116

**Charles Sean Wimbush    2:11 CR 179-MEF-03    $10,640.00**

$1,900        Approved Cash Advance
Attn: Daniel Milsaps
1855 Executive Park Drive
Cleveland, TN 37320

$200         Money Now
Attn: Dennis Goldman
Post Office Box 2928
Meridian, MS 39302

$500               Express Check Advance (Express Financial Services)
Attn: Traci Fant
2034 Hamilton Place Boulevard, Suite 100
Chattanooga, TN 37421

$950               Cash Mart, Incorporated
Attn: Janet Phillips
613 Highway 78 West
Jasper, AL 35501

$200               Cash Max
1914 Dauphin Island Parkway
Mobile, AL 36605-3004

$200               Emergi Cash
Attn: David Jones
4240 Carmichael Road
Montgomery, AL 36106

$350               Advance Check Express
Attn: Jeb Smith
5300 Oakbrook Parkway, Suite 200
Norcross, GA 30093

$840               Cash Express
Attn: Lisa Hancock
810A Boll Weevil Circle
Enterprise, AL 36330

$500               Check Into Cash
Attn: Leigh Ann Hollis
201 Keith Street SW, Suite 80
Cleveland, TN 37311

$500               Ebro International
d/b/a Color Tyme
Attn: Ronald Pannell
Post Office Box 1226
Defuniak Springs, FL 32435

$400               Payday Loan Store of Alabama
Attn: Bill Ettleson
300 North Elizabeth Street, Suite 4E
Chicago, IL 60607

| | |
|---|---|
| $500 | QC Financial Services<br>8401 Indian Creek Parkway, #1500<br>Overland Park, KS 66210 |
| $500 | A Dollar Cash Advance<br>Post Office Box 2038<br>Cleveland, TN 37320 |
| $500 | Advance Alabama<br>Attn: Jeff Collins<br>Post Office Box 416<br>Winchester, TN 37398 |
| $300 | Great American Cash Advance<br>Attn: Greg Irvin<br>645 Hawthorne Avenue<br>Athens, GA 30606 |
| $1,000 | Speedy cash<br>Attn: Sabrina Tingle<br>2207 Montgomery Highway<br>Dothan, AL 36303 |
| $500 | Title Loan Express<br>Attn: Brandon Wood<br>3391 Pelham Parkway, Suite A<br>Pelham, AL 35214 |
| $200 | Fast Cash<br>1706 Glenn Blvd. SW, Suite 2<br>Fort Payne, AL 35968 |
| $300 | Between Pay<br>9184 B Parkway East<br>Roebuck, AL 35206 |
| $300 | Great American Loans<br>934 US Highway 80 E<br>Demopolis, AL 36732 |

$400　　　Approved Cash Advance
　　　　　Attn: Daniel Milsaps
　　　　　1855 Executive Park Drive
　　　　　Cleveland, TN 37320

$200　　　Money Now
　　　　　Attn: Dennis Goldman
　　　　　PO Box 2928
　　　　　Meridian, MS 39302

$300　　　Express Check Advance (Express Financial Services)
　　　　　Attn: Traci Fant
　　　　　2034 Hamilton Place Blvd., Suite 100
　　　　　Chattanooga, TN 37421

$400　　　Car Title Loans
　　　　　Attn: Kevin Britton
　　　　　715 Skyland Blvd., Suite 1
　　　　　Tuscaloosa, AL 35405

$300　　　Total Vision Payday Advance
　　　　　1847 University Drive
　　　　　Huntsville, AL 35801

$500　　　Cash Mart, Inc.
　　　　　Attn: Janet Phillips
　　　　　613 Highway 78 West
　　　　　Jasper, AL 35501

$100　　　Cash-ville, Inc.
　　　　　104 Woodward Avenue, Suite B
　　　　　Muscle Shoals, AL 35661

$400　　　Quick Cash
　　　　　Attn: Mary Beth Thompson
　　　　　1102 A Highway 72 East
　　　　　Athens, AL 35611

$200　　　Cash Max
　　　　　1914 Dauphin Island Parkway
　　　　　Mobile, AL 36605-3004

$500        The Money Store
            Waiting on a call back

$500        Check Into Cash
            Attn: Leigh Ann Hollis
            201 Keith Street SW, Suite 80
            Cleveland, TN 37311


$900        Advance America
            Attn: Jeff Newman
            PO Box 3058
            Spartanburg, SC 29304

$1,500      Payday Loan Store of Alabama
            Attn: Bill Ettleson
            300 North Elizabeth Street, Suite 4E
            Chicago, IL 60607

$200        Cash Express
            Attn: Lisa Hancock
            810 A Boll Weevil Circle
            Enterprise, AL 36330

$500        Speedy Cash
            Attn: Sabrina Tingle
            2207 Montgomery Highway
            Dothan, AL 36303


**Bernard Gibson_____        2:11 CR 179-MEF-05 ___ $5,800.00**

$1,500      Advance America Cash/Advance America/Advance Cash America
            Attn: Jeff Newman
            PO Box 3058
            Spartanburg, SC 29304

$500        Check into Cash
            Attn: Leigh Anna Hollis
            201 Keith Street SW, Suite 80
            Cleveland, TN 37311

$200        Title Loan Express
            Attn: Brandon Wood
            3391 Pelham Parkway, Ste A
            Pelham, AL 35215

$100    Netcash
        Attn: Deena Newman
        9624 Parkway East
        Birmingham, AL 35215

$200    Money Now
        Attn: Dennis Goldman
        P.O. Box 2928
        Meridian, MS 39302

$500    Approved Cash Advance
        Attn: Daniel Milsaps
        1855 Executive Park Drive
        Cleveland, TN 37320

$500    QC Financial Services
        Attn: Matt Wiltinger
        9401 Indian Creek Pkwy #1500
        Overland Park, Kansas 66210

$200    Advance Check Express
        Attn: Jeb Smith
        5300 Oakbrook Parkway, Suite 200
        Norcross, GA 30093

$200    Check Holders, LLC
        Attn: Randy Hunter
        1713 3rd Avenue North
        Birmingham, AL 35203

$500    Express Check Advance (Express Financial Services)
        Attn: Traci Fant
        2034 Hamilton Place, Blvd., Suite 100
        Chattanooga, TN 37421

$400    Quick Cash, Inc
        Attn: Mary Beth Thompson
        1102 A Highway 72 East
        Athens, AL 35611

$500    Chip's Title
        Attn: Pat Williams
        2235 E. South Blvd.
        Montgomery, AL 36116

$500    Car Title Loans
        Attn: Kevin Britton
        715 Skyland Blvd., Suite 1
        Tuscaloosa, AL 35405

**Janice Denice Brown     2:11 CR 179-MEF-06     $2,650.00**

$850     Advance America Cash/Advance America/Advance Cash America
             Attn: Jeff Newman
             P.O. Box 3058
             Spartanburg, SC 29304

$300     QC Financial Services
             Attn: Matt Wiltinger
             9401 Indian Creek Parkway #1500
             Overland Park, KS 66210

$300     Title Cash
             Attn: Roy Hutcheson
             513 Sparkman Dr. NW
             Huntsville, AL 35816

$100     Cash Mart Inc.
             Attn: Janet Phillips
             613 Highway 78 West
             Jasper, AL 35501

$100     Cash-Ville Inc.
             104 Woodward Ave., Suite B
             Muscle Shoals, AL 35661

$500     Chip's Title
             Attn: Pat Williams
             2235 E. South Blvd.
             Montgomery, AL 36116

$500        Car Title Loans
Attn: Kevin Britton
715 Skyland Blvd., Suite 1
Tuscaloosa, AL 35405


**Oladele Abodunrin Balogun    2:11 CR 179-MEF-07    $1,300.00**

$600        Cash Express
Attn: Dianne Britt
810 A Boll Weevil Circle
Enterprise, AL 36330

$500        Check Holders, LLC
Attn: Randy Hunter
1713 3rd Avenue North
Birmingham, AL 35203

$200        Cash Station
Attn: Brad Freeman
209 W. MLK Highway
Tuskegee, AL 36083